**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7463**

———————————

ANDREW LEWIS ADAMS,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior Disrict Judge.  (CA-98-755-AM)

———————————

Submitted:  February 25, 1999          Decided:  March 9, 1999

———————————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Andrew Lewis Adams, Appellant Pro Se. Donald Eldridge Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Lewis Adams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Although we find, contrary to the district court's determination, that Adams did present to the state court his claims that counsel was ineffective for failing to conduct discovery, adequately cross-examine witnesses, and raise the defense of aiding and abetting, relief is not warranted on these claims. See 28 U.S.C.A. § 2254(d). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2